Donald R. WALKER, Plaintiff–Appellant,

v.

Donald POM PAN, M.D. (Orthopedic Surgeon); et al., Defendants–Appellees.

No. 12–15961.

United States Court of Appeals, Ninth Circuit.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 18, 2013.*

Filed June 20, 2013.

Donald R. Walker, Vacaville, CA, pro se.

John Randall Andrada, Esquire, Teresa Morimoto, Esquire, Andrada & Associates Professional Corporation, Oakland, CA, for Defendants–Appellees.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

California state prisoner Donald R. Walker appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Walker failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent when they denied him knee replacement surgery after he had received arthroscopic surgery to repair his knee. *See id.* at 1060 ("Deliberate indifference is a high legal standard. A showing of medical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment."); *Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996)

(to establish that a difference of opinion amounted to deliberate indifference, a prisoner must show that the defendants' chosen course of treatment was medically unacceptable and in conscious disregard of an excessive risk to the prisoner's health).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

